# EXHIBIT 1

University of Tennessee v. Action Sports Media, Inc et al

Reg. No. 1,334,260

## United States Patent and Trademark Office

Registered May 7, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## UNIVERSITY OF TENNESSEE

UNIVERSITY OF TENNESSEE; THE (TENNES-SEE CORPORATION)
800 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: WRITING PADS, NOTE PADS, NOTE-BOOK PAPER, AND WINDOW AND BUMPER STICKERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 0–0–1972; IN COMMERCE 0–0–1972.

FOR: GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).
FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.

FOR: CERAMIC MUGS, PLASTIC CUPS, PEWTER CUPS AND GOBLETS, IN CLASS 21 (U.S. CL. 2).
FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.

FOR: JACKETS, T-SHIRTS, AND CAPS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0–0–1936; IN COMMERCE 0–0–1936.

SER. NO. 501,195, FILED 9–26–1984.

HENRY S. ZAK, EXAMINING ATTORNEY

**EXHIBIT 2**

Int. Cls.: 6, 16, 18, 20, 21 and 25

Prior U.S. Cls.: 2, 3, 13, 32, 37, 38 and 39

## United States Patent and Trademark Office

Reg. No. 1,348,880

Registered July 16, 1985

# TRADEMARK
## PRINCIPAL REGISTER



UNIVERSITY OF TENNESSEE, THE (TENNES-
SEE CORPORATION)
THE UNIVERSITY OF TENNESSEE
800 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: KEY CHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 0-0-1961; IN COMMERCE
0-0-1961.

FOR: NOTEBOOK PAPER, RING BINDERS,
AND WINDOW STICKERS , IN CLASS 16 (U.S.
CLS. 37 AND 38).
FIRST USE 0-0-1972; IN COMMERCE
0-0-1972.

FOR: GENERAL PURPOSE GYM BAGS, IN
CLASS 18 (U.S. CL. 3).
FIRST USE 0-0-1962; IN COMMERCE
0-0-1962.

FOR: METAL FOLDING CHAIRS AND STA-
DIUM CUSHION, IN CLASS 20 (U.S. CL. 32).
FIRST USE 0-0-1972; IN COMMERCE
0-0-1972.

FOR: SHOT GLASSES AND PLASTIC PITCH-
ERS, IN CLASS 21 (U.S. CL. 2).
FIRST USE 0-0-1965; IN COMMERCE
0-0-1965.

FOR: KNIT SHIRTS, SWEAT SHIRTS, T-
SHIRTS, AND V-NECK SHIRTS , IN CLASS 25
(U.S. CL. 39).
FIRST USE 0-0-1936; IN COMMERCE
0-0-1936.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "1794", APART FROM THE
MARK AS SHOWN.

THE LATIN WORDS IN THE MARK "VERI-
TATEM COGNOSCETIS ET VERITAS VOS LI-
BERABIT", MAY BE TRANSLATED AS
"KNOW THE TRUTH AND THE TRUTH
SHALL MAKE YOU FREE".

SER. NO. 501,131, FILED 9-26-1984.

HENRY S. ZAK, EXAMINING ATTORNEY

**EXHIBIT 3**



# State of Tennessee

VP ADMIN & FIN.

5124·0587

## Department of State

Whereas, it appears from the application of

The University of Tennessee                    located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is     N/A     that the

Applicant has adopted as a mark for:

The university is an institute of higher learning providing education, sporting events, and arts to the public

in Class 41

which mark was first used anywhere on            Thursday, July 01, 1869     and was first used

in Tennessee on        Thursday, July 01, 1869     and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:



Now Therefore  the said mark is hereby            registered            effective the

5th    day of        September     , 20 07    for a term of five years.



# State of Tennessee

## Department of State

**Whereas,** it appears from the application of   The University of Tennessee

_____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is   N/A   that the Applicant has adopted
as a mark for   name for all of the University of Tennessee's campuses/units.  Represents
the University statewide
in Class 52  which mark was first used anywhere on   July 1, 1936   and was first used
in Tennessee on   July 1, 1936   and is now in use in Tennessee, and which use is evidenced
by the reproduction of the mark attached hereto:

## THE UNIVERSITY OF TENNESSEE

**Now Therefore,** the said mark is hereby   registered   effective the

18th  day of   June   , 19 93   for a term of ten years.

In Witness Whereof, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this   22nd   day of   June   in the year
of our Lord nineteen hundred   ninety three

Riley C. Darnell



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of _The University of Tennessee_

_____ located and doing business at

_711H Andy Holt Tower, Knoxville, Tennessee 37996 0174_

and if a corporation, the state of incorporation is _N/A_____ that the Applicant has adopted

as a mark for __name for all of the University of Tennessee's campuses/units. Represents__
the University statewide

in **Class** _51___ which mark was first used anywhere on _July 1, 1936_____ and was first used

in **Tennessee** on _July 1, 1936_____ and is now in use in **Tennessee**, and which use is evidenced

by the reproduction of the mark attached hereto:

## THE UNIVERSITY OF TENNESSEE

**Now Therefore**, the said mark is hereby __registered_____ effective the

_18th_ **day of** _____June_____, 19 _93_____ for a term of ten years.

**In Witness Whereof.** I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this ____22nd____ ___ day of____June_____. in the year
of our Lord nineteen hundred _ninety three_____

_D.O. A A...00_



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174___

and if a corporation, the state of incorporation is ___N/A___ that the Applicant has adopted

as a mark for ___name for all of the University of Tennessee's campuses/units. Represents___
___the University statewide___

in Class ___38___ which mark was first used anywhere on ___July 1, 1936___ and was first used

in Tennessee on ___July 1, 1936___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

# THE UNIVERSITY OF TENNESSEE·

**Now Therefore**, the said mark is hereby ___registered___ effective the

___18th___ day of ___June___, 19 ___93___ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this ___22nd___ day of ___June___ in the year
of our Lord nineteen hundred ___ninety three___

$\mathcal{D.o..a.A...oo}$



# State of Tennessee

## Department of State

**Whereas,** it appears from the application of The University of Tennessee _____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174 _____

and if a corporation, the state of incorporation is N/A _____ that the Applicant has adopted

as a mark for name for all of the University of Tennessee's campuses/units. Represents the University statewide

in Class 39____ which mark was first used anywhere on July 1, 1936 _____ and was first used

in Tennessee on July 1, 1936 _____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:


## THE UNIVERSITY OF TENNESSEE


**Now Therefore,** the said mark is hereby registered _____ effective the

18th____ day of June _____, 19__93____ for a term of ten years.

In Witness Whereof, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this 22nd day of June in the year of our Lord nineteen hundred ninety-three ____

_Riley C. Darnell_



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of The University of Tennessee _____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is N/A _____ that the Applicant has adopted as a mark for name for all of the University of Tennessee's campuses/units. Represents the University statewide

in Class 40 which mark was first used anywhere on July 1, 1936 and was first used in Tennessee on July 1, 1936 and is now in use in Tennessee, and which use is evidenced by the reproduction of the mark attached hereto:

## THE UNIVERSITY OF TENNESSEE

**Now Therefore**, the said mark is hereby registered effective the 18th day of June , 19 93 for a term of ten years.

**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this 22nd day of June in the year of our Lord nineteen hundred ninety three

# State of Tennessee



## Department of State

**Whereas**, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174___

and if a corporation, the state of incorporation is ___N/A___ that the Applicant has adopted

as a mark for ___name for all of the University of Tennessee's campuses/units. Represents the University statewide___

in Class ___41___ which mark was first used anywhere on ___July 1, 1936___ and was first used

in Tennessee on ___July 1, 1936___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

## THE UNIVERSITY OF TENNESSEE

**Now Therefore**, the said mark is hereby ___registered___ effective the

___18th___ day of ___June___, 19 ___93___ for a term of ten years.



**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this ___22nd___ day of ___June___ in the year of our Lord nineteen hundred ___ninety three___



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of  The University of Tennessee

_____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is  N/A _____ that the Applicant has adopted

as a mark for ___ name for all of the University of Tennessee`s campuses/units. Represents
the University statewide

in Class 42 __ which mark was first used anywhere on  July 1, 1936 _____ and was first used

in Tennessee on  July 1, 1936 _____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:


## THE UNIVERSITY OF TENNESSEE


**Now Therefore**, the said mark is hereby ___ registered _____ effective the

__ 18th __ day of ___ June _____ , 19 _93_____ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this  22nd  day of _____ June _____ in the year
of our Lord nineteen hundred __ ninety three ____

_Riley C Darnell_



**State of Tennessee**

**Department of State**

**Whereas**, it appears from the application of The University of Tennessee _____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37936 0174

and if a corporation, the state of incorporation is N/A _____ that the Applicant has adopted

as a mark for name for all of the University of Tennessee`s campuses/units. Represents the University statewide

in Class⁵⁰ ____ which mark was first used anywhere on July 1, 1936 _____ and was first used

in Tennessee on July 1, 1936 _____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

# THE UNIVERSITY OF TENNESSEE

**Now Therefore**, the said mark is hereby ___registered_____ effective the

__18th__ day of ___June_____, 19_93____ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this 22nd _____ day of ___June_____ in the year of our Lord nineteen hundred ninety three _____

*D. O. C. Darnell*



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of  The University of Tennessee

_____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is  N/A  _____ that the Applicant has adopted

as a mark for ___ name for all of the University of Tennessee's campuses/units.  Represents
the University statewide

in Class 37 ___ which mark was first used anywhere on  July 1, 1936 _____ and was first used

in Tennessee on  July 1, 1936 _____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

## THE UNIVERSITY OF TENNESSEE

**Now Therefore**, the said mark is hereby ___registered_____ effective the

___18th___ day of _____June_____ , 19_ 93___ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this  22nd  day of _____June_____ in the year
of our Lord nineteen hundred __ninety three___



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of   The University of Tennessee

_____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is   N/A   that the Applicant has adopted

as a mark for   name for all of the University of Tennessee's campuses/units. Represents the University statewide

in Class 34   which mark was first used anywhere on   July 1, 1936   and was first used

in Tennessee on   July 1, 1936   and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:


## THE UNIVERSITY OF TENNESSEE


**Now Therefore**, the said mark is hereby   registered   effective the

18th   day of   June   , 19  93   for a term of ten years.

**In Witness Whereof**, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this   22nd   day of   June   in the year
of our Lord nineteen hundred   ninety three

*Riley C. Darnell*



**State of Tennessee**

**Department of State**

**Whereas**, it appears from the application of  The University of Tennessee _____

_____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174 _____

and if a corporation, the state of incorporation is  N/A _____ that the Applicant has adopted

as a mark for ___ name for all of the University of Tennessee's campuses/units.  Represents
the University statewide

in Class 33 ___ which mark was first used anywhere on  July 1, 1936 _____ and was first used

in Tennessee on  July 1, 1936 _____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

# THE UNIVERSITY OF TENNESSEE

**Now Therefore**, the said mark is hereby ___registered _____ effective the

___18th___ day of ___June ___, 19_93___ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this  22nd ___ day of ___June _____ in the year
of our Lord nineteen hundred _ninety three___

*Riley C. Darnell*



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of  The University of Tennessee

_____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is  N/A _____ that the Applicant has adopted

as a mark for  name for all of the University of Tennessee's campuses/units. Represents
the University statewide

in Class 32 __ which mark was first used anywhere on  July 1, 1936 _____ and was first used

in Tennessee on  July 1, 1936 _____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:


# THE UNIVERSITY OF TENNESSEE


**Now Therefore**, the said mark is hereby  registered _____ effective the

13th day of  June _____ , 19 93 ____ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this  22nd day of  June _____ in the year
of our Lord nineteen hundred  ninety three _____

_P.O. C A.....00_



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of  The University of Tennessee
_____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is  N/A _____ that the Applicant has adopted

as a mark for  name for all of the University of Tennessee's campuses/units.  Represents
the University statewide

in Class 30___ which mark was first used anywhere on  July 1, 1936 _____ and was first used

in Tennessee on  July 1, 1936 _____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:


# THE UNIVERSITY OF TENNESSEE


**Now Therefore**, the said mark is hereby  registered _____ effective the

__13th__ day of ____June_____ , 19 _93_____ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this __22nd__ day of ____June_____ in the year
of our Lord nineteen hundred __ninety three____





# State of Tennessee

## Department of State

**Whereas**, it appears from the application of The University of Tennessee

_____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is N/A _____ that the Applicant has adopted

as a mark for _ name for all of the University of Tennessee's campuses/units. Represents
the University statewide

in Class 29 __ which mark was first used anywhere on July 1, 1936 _____ and was first used

in Tennessee on July 1, 1936 _____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:


# THE UNIVERSITY OF TENNESSEE


**Now Therefore**, the said mark is hereby _ registered _____ effective the

__18th __ day of ____ June _____ , 19 _93 _____ for a term of ten years.

In Witness Whereof, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this 22nd __ day of ____ June _____ in the year
of our Lord nineteen hundred _ninety_three___ .

D.O. A. 00



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of _The University of Tennessee_

_____ located and doing business at

_711H Andy Holt Tower, Knoxville, Tennessee 37996 0174_

and if a corporation, the state of incorporation is _N/A_____ that the Applicant has adopted

as a mark for _name for all of the University of Tennessee's campuses/units. Represents_
_the University statewide_

in Class _107_ which mark was first used anywhere on _July 1, 1879_____ and was first used

in Tennessee on _July 1, 1879_____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:


# THE UNIVERSITY OF TENNESSEE


**Now Therefore**, the said mark is hereby _registered_____ effective the

_18th_ day of _____June_____, 19_93__ for a term of ten years.

**In Witness Whereof,** I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this _22nd_____ day of _____June_____ in the year
of our Lord nineteen hundred _ninety_three_____

_Riley C. Darnell_



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of The University of Tennessee _____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is N/A _____ that the Applicant has adopted as a mark for name for all of the University of Tennessee`s campuses/units. Represents the University statewide in Class 3 which mark was first used anywhere on July 1, 1936 and was first used in Tennessee on July 1, 1936 and is now in use in Tennessee, and which use is evidenced by the reproduction of the mark attached hereto:

## THE UNIVERSITY OF TENNESSEE

**Now Therefore**, the said mark is hereby registered effective the 18th day of June, 19 93 for a term of ten years.

**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this 22nd day of June in the year of our Lord nineteen hundred ninety three.

*Riley C. Darnell*



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of  The University of Tennessee

_____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is  N/A _____ that the Applicant has adopted

as a mark for  name for all of the University of Tennessee`s campuses/units.  Represents
the University statewide

in **Class** 3 ____ which mark was first used anywhere on  July 1, 1936 _____ and was first used

in **Tennessee** on  July 1, 1936 _____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

## THE UNIVERSITY OF TENNESSEE

**Now Therefore**, the said mark is hereby  registered _____ effective the

13th  day of  June ____ , 19 93 ____ for a term of ten years.

**In Witness Whereof, I** have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this  22nd  day of  June  in the year
of our Lord nineteen hundred  ninety three ____

D.o. A A. oo



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of ___The University of Tennessee___

_____ __ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174___ _____

and if a corporation, the state of incorporation is __N/A_____ that the Applicant has adopted

as a mark for ___name for all of the University of Tennessee`s campuses/units.  Represents
the University statewide___

in Class __22__ which mark was first used anywhere on __July 1, 1936_____ and was first used

in Tennessee on __July 1, 1936_____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:


## THE UNIVERSITY OF TENNESSEE


**Now Therefore**, the said mark is hereby ___registered_____ effective the

__18th__ day of ____June_____ , 19__93____ for a term of ten years.

**In Witness Whereof,** I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this __22nd__ day of ___June_____ in the year
of our Lord nineteen hundred __ninety three_____

$\mathcal{D.O.O.A.}$  00



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of <u>The University of Tennessee</u>

_____ located and doing business at

<u>711H Andy Holt Tower, Knoxville, Tennessee 37996 0174</u>

and if a corporation, the state of incorporation is <u>N/A</u> that the Applicant has adopted

as a mark for <u>name for all of the University of Tennessee's campuses/units. Represents the University statewide</u>

in Class <u>25</u> which mark was first used anywhere on <u>July 1, 1936</u> and was first used

in Tennessee on <u>July 1, 1936</u> and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

## ·THE UNIVERSITY OF TENNESSEE

**Now Therefore**, the said mark is hereby <u>registered</u> effective the

<u>18th</u> day of <u>June</u>, 19 <u>93</u> for a term of ten years.

**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this <u>22nd</u> day of <u>June</u> in the year of our Lord nineteen hundred <u>ninety three</u>

_Riley C. Darnell_



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of The University of Tennessee _____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is N/A _____ that the Applicant has adopted as a mark for name for all of the University of Tennessee's campuses/units. Represents the University statewide in Class 26 which mark was first used anywhere on July 1, 1936 _____ and was first used in Tennessee on July 1, 1936 _____ and is now in use in Tennessee, and which use is evidenced by the reproduction of the mark attached hereto:

## THE UNIVERSITY OF TENNESSEE

**Now Therefore**, the said mark is hereby registered _____ effective the 18th day of June _____, 19 93 _____ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this 22nd day of June _____ in the year of our Lord nineteen hundred ninety three _____

Riley C. Darnell