# EXHIBIT 4

Int. Cls.: 6, 16, 18, 20, 21, 25 and 28

Prior U.S. Cls.: 2, 3, 13, 22, 32, 33, 37, 38 and 39

Reg. No. 1,368,639

# United States Patent and Trademark Office

Registered Nov. 5, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## TENNESSEE

UNIVERSITY OF TENNESSEE, THE (TENNESSEE CORPORATION)
THE UNIVERSITY OF TENNESSEE
800 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: KEY CHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 0–0–1961; IN COMMERCE 0–0–1961.

FOR: PENS CONTAINING WATCHES, AND WINDOW AND PAPER STICKERS, IN CLASS 16 (U.S. CLS. 13, 37 AND 38).
FIRST USE 0–0–1936; IN COMMERCE 0–0–1936.

FOR: GENERAL PURPOSE GYM BAGS, AND GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).
FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.

FOR: STADIUM CUSHIONS, IN CLASS 20 (U.S. CL. 32).

FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.

FOR: DRINKING GLASSES, CERAMIC MUGS, AND GOBLETS, IN CLASS 21 (U.S. CLS. 2 AND 33).
FIRST USE 0–0–1965; IN COMMERCE 0–0–1965.

FOR: SWEAT SHIRTS, SWEAT PANTS, CAPS, JACKETS, KNIT SHIRTS, T-SHIRTS, V-NECK SHIRTS, AND SHORTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0–0–1936; IN COMMERCE 0–0–1936.

FOR: STUFFED TOYS, IN CLASS 28 (U.S. CL. 22).
FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.

SEC. 2(F).

SER. NO. 501,196, FILED 9–26–1984.

HENRY S. ZAK, EXAMINING ATTORNEY

**EXHIBIT 5**

Int. Cls.: 14, 16, 20, 21, 25, 28 and 41

Prior U.S. Cls.: 2, 5, 13, 22, 23, 25, 27, 28, 29, 30, 32, 33, 37, 38, 39, 40, 50, 100, 101 and 107

**Reg. No. 2,445,722**

# United States Patent and Trademark Office

**Registered Apr. 24, 2001**

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



UNIVERSITY OF TENNESSEE, THE (TENNESSEE PUBLIC EDUCATIONAL CORPORATION)
719 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: WATCHES, EARRINGS, NECKLACES, AND PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-10-1998; IN COMMERCE 7-10-1998.

FOR: POSTERS, PRINTS, ENVELOPES, STATIONERY, PROGRAMS, STICKERS, DECALS, AND SPORTING EVENT SCHEDULES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-1-1985; IN COMMERCE 9-1-1985.

FOR: KEY CHAINS, PLASTIC LICENSE PLATES AND FLAGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-1-1986; IN COMMERCE 9-1-1986.

FOR: DRINKING CUPS, MUGS AND GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-1-1985; IN COMMERCE 9-1-1985.

FOR: POLO SHIRTS, SHORT-SLEEVE AND LONG-SLEEVE T-SHIRTS, SWEATSHIRTS, SHORTS, PANTS, SHOES, HATS, JACKETS, COATS, VESTS, GLOVES, SOCKS, SWEATERS AND LONG-SLEEVE AND SHORT-SLEEVE SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1985; IN COMMERCE 9-1-1985.

FOR: CARRYING BAGS, DOLLS, FOOTBALLS, BASKETBALLS, GOLF BALLS, HELMETS, STUFFED ANIMALS, MINIATURIZED TOY FIGURES, AND GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-1-1985; IN COMMERCE 9-1-1985.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF INTERCOLLEGIATE SPORTS EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1912; IN COMMERCE 0-0-1912.

SER. NO. 75-756,570, FILED 7-22-1999.

MATTHEW KLINE, EXAMINING ATTORNEY

**EXHIBIT 6**



## 𝕯𝖊𝖕𝖆𝖗𝖙𝖒𝖊𝖓𝖙 𝖔𝖋 𝕾𝖙𝖆𝖙𝖊

**𝖂𝖍𝖊𝖗𝖊𝖆𝖘**, it appears from the application of <u>The University of Tennessee</u>

_____ located and doing business at

<u>711H Andy Holt Tower, Knoxville, Tennessee 37996 0174</u>

and if a corporation, the state of incorporation is <u>NA</u> that the Applicant has adopted

as a mark for <u>Initial representing The University of Tennessee's campus at Knoxville and its athletics program.</u>

in Class <u>107</u> which mark was first used anywhere on <u>March 12, 1912</u> and was first used

in Tennessee on <u>March 12, 1912</u> and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**𝕹𝖔𝖜 𝕿𝖍𝖊𝖗𝖊𝖋𝖔𝖗𝖊**, the said mark is hereby <u>registered</u> effective the

<u>27th</u> day of <u>April</u>, 19 <u>93</u> for a term of ten years.

In **𝖂𝖎𝖙𝖓𝖊𝖘𝖘 𝖂𝖍𝖊𝖗𝖊𝖔𝖋**, I have hereto affixed my signature and the Great Seal of the State, at Nashville. this <u>29th</u> day of <u>April</u> in the year of our Lord nineteen hundred <u>ninety three</u>

_Riley C Darnell_
Secretary of State

by _Mary C Coston_

SS-4442

RDA 1764



## Department of State

**Whereas**, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174___

and if a corporation, the state of incorporation is ___NA___ that the Applicant has adopted

as a mark for ___Initial representing The University of Tennessee`s campus at Knoxville and its athletics program.___

in Class _52_ which mark was first used anywhere on ___March 12, 1912___ and was first used

in Tennessee on ___March 12, 1912___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**Now Therefore**, the said mark is hereby ___registered___ effective the

___27th___ day of ___April___, 19 _93_ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this ___29th___ day of ___April___ in the year of our Lord nineteen hundred ___ninety_three___

_Riley C Darnell_
Secretary of State

by _Mary L Costner_

SS-4442

RDA 1764



## 𝕯𝖊𝖕𝖆𝖗𝖙𝖒𝖊𝖓𝖙 𝖔𝖋 𝕾𝖙𝖆𝖙𝖊

𝖂𝖍𝖊𝖗𝖊𝖆𝖘, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174___

and if a corporation, the state of incorporation is ___NA___ that the Applicant has adopted

as a mark for ___initial representing The University of Tennessee`s campus at Knoxville
and its athletics program.___

in Class __51__ which mark was first used anywhere on ___March 12, 1912___ and was first used

in Tennessee on ___March 12, 1912___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

𝕹𝖔𝖜 𝕿𝖍𝖊𝖗𝖊𝖋𝖔𝖗𝖊, the said mark is hereby ___registered___ effective the

__27th__ day of _____April_____ , 19 __93__ for a term of ten years.

In Witness Whereof, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this __29th__ day of ___April___ _____ in the year of our Lord nineteen hundred ___ninety three___

Riley C Darnell
Secretary of State

by Mary L Costner

SS-4442

RDA 1764



# Department of State

**Whereas,** it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174___

and if a corporation, the state of incorporation is ___NA___ that the Applicant has adopted

as a mark for ___initial representing The University of Tennessee's campus at Knoxville
and its athletics program.___

in Class __50__ which mark was first used anywhere on ___March 12, 1912___ and was first used

in Tennessee on ___March 12, 1912___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**Now Therefore,** the said mark is hereby ___registered___ effective the

___27th__ day of _____April_____, 19 _93_ for a term of ten years.

In Witness Whereof, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this __29th__ day of __April__ in the year
of our Lord nineteen hundred ___ninety_three___

_Riley C Darnell_
Secretary of State

by _Mary L Costner_

SS-4442

RDA 1764



## Department of State

**Whereas**, it appears from the application of  The University of Tennessee

_____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is  NA  that the Applicant has adopted

as a mark for  initial representing The University of Tennessee's campus at Knoxville and its athletics program.

in Class  42  which mark was first used anywhere on  March 12, 1912  and was first used

in Tennessee on  March 12, 1912  and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:



**Now Therefore**, the said mark is hereby  registered  effective the

27th day of  April , 19 93  for a term of ten years.



In Witness Whereof, I have hereto affixed my
signature and the Great Seal of the State, at Nashville.
this 29th day of  April  in the year
of our Lord nineteen hundred  ninety three

*Riley C. Darnell*
Secretary of State

by *Mary & Cottrau*

SS-4442       RDA 1764



# ✦◉| Department of State |◉✦

**Whereas**, it appears from the application of ___The University of Tennessee_____

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174_____

and if a corporation, the state of incorporation is ___NA_____ that the Applicant has adopted

as a mark for ___Initial representing The University of Tennessee's campus at Knoxville_____
___and its athletics program.

in **Class _41_** which mark was first used anywhere on ___March 12, 1912_____ and was first used

in Tennessee on ___March 12, 1912_____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

![mark: letter T]

**Now Therefore**, the said mark is hereby ___registered_____ effective the

___27th__ day of _____April_____, 19__93_____ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this ___29th___ day of ___April_____ in the year
of our Lord nineteen hundred __ninety_three_____

_Riley C Darnell_
Secretary of State

by _Mary & Cottren_

SS-4442

RDA 1764



# Department of State

**Whereas**, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174___

and if a corporation, the state of incorporation is ___NA_____ that the Applicant has adopted

as a mark for ___initial representing The University of Tennessee`s campus at Knoxville and its athletics program.___

in Class __33__ which mark was first used anywhere on __March 12, 1912__ and was first used

in Tennessee on __March 12, 1912__ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**Now Therefore**, the said mark is hereby ___registered_____ effective the

__27th__ day of _____April_____, 19__93__ for a term of ten years.

In Witness Whereof, I have hereto affixed my
signature and the Great Seal of the State, at Nashville.
this 29th day of April _____ in the year
of our Lord nineteen hundred .. ninety three_____

*Riley C Darnell*
Secretary of State

by *Mary R Costa*

SS-4442

ROA 1764



## 🔵 𝕯𝖊𝖕𝖆𝖗𝖙𝖒𝖊𝖓𝖙 𝖔𝖋 𝕾𝖙𝖆𝖙𝖊 🔵

𝕎𝕙𝕖𝕣𝕖𝕒𝕤, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174___

and if a corporation, the state of incorporation is ___NA___ that the Applicant has adopted

as a mark for ___initial representing The University of Tennessee`s campus at Knoxville___
___and its athletics program.___

in Class _34_ which mark was first used anywhere on ___March 12, 1912___ and was first used

in Tennessee on ___March 12, 1912___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:



𝔑𝔬𝔴 𝔗𝔥𝔢𝔯𝔢𝔣𝔬𝔯𝔢, the said mark is hereby _ registered _____ effective the

___27th___ day of _____April_____ , 19_ 93 ____ for a term of ten years.

𝕴𝖓 𝖂𝖎𝖙𝖓𝖊𝖘𝖘 𝖂𝖍𝖊𝖗𝖊𝖔𝖋, I have hereto affixed my

signature and the Great Seal of the State, at Nashville,

this 29th day of April _____ in the year

of our Lord nineteen hundred _ ninety_three___ __

_Riley C. Darnell_
Secretary of State

by _Mary & Cofner_

SS-4442                                                                 RDA 1764



## Department of State

**Whereas**, it appears from the application of <u>The University of Tennessee</u>

<u>                 </u> located and doing business at

<u>711H Andy Holt Tower, Knoxville, Tennessee 37996 0174</u>

and if a corporation, the state of incorporation is <u>NA</u>     that the Applicant has adopted

as a mark for <u>Initial representing The University of Tennessee`s campus at Knoxville and its athletics program.</u>

in **Class** <u>37</u> which mark was first used anywhere on <u>March 12, 1912</u> and was first used

in **Tennessee** on <u>March 12, 1912</u> and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**Now Therefore**, the said mark is hereby <u>registered</u> effective the

<u>27th</u> day of <u>April</u>, 19 <u>93</u> for a term of ten years.

**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this <u>29th</u> day of <u>April</u> in the year of our Lord nineteen hundred <u>ninety three</u>

Riley C Darnell
Secretary of State

by Mary C Costner

SS-4442

RDA 1764



## Department of State

**Whereas**, it appears from the application of <u>The University of Tennessee</u>

<u>located and doing business at</u>

<u>711H Andy Holt Tower, Knoxville, Tennessee 37996 0174</u>

and if a corporation, the state of incorporation is <u>NA</u> that the Applicant has adopted

as a mark for <u>initial representing The University of Tennessee's campus at Knoxville and its athletics program.</u>

in Class <u>38</u> which mark was first used anywhere on <u>March 12, 1912</u> and was first used

in Tennessee on <u>March 12, 1912</u> and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**Now Therefore**, the said mark is hereby <u>registered</u> effective the

<u>27th</u> day of <u>April</u>, 19 <u>93</u> for a term of ten years.

In Witness Whereof, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this <u>29th</u> day of <u>April</u> in the year of our Lord nineteen hundred ninety three

*Riley C Darnell*
Secretary of State

by *Mary C Cothren*

SS-4442

RDA 1764



# 𝔇𝔢𝔭𝔞𝔯𝔱𝔪𝔢𝔫𝔱 𝔬𝔣 𝔖𝔱𝔞𝔱𝔢

**𝔚𝔥𝔢𝔯𝔢𝔞𝔰**, it appears from the application of   The University of Tennessee

_____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is   NA    that the Applicant has adopted

as a mark for   Initial representing The University of Tennessee's campus at Knoxville and its athletics program.

in **Class** _39_ which mark was first used anywhere on  March 12, 1912   and was first used

in Tennessee on  March 12, 1912   and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**Now Therefore**, the said mark is hereby  registered   effective the

_27th_ day of  April  , 19_93_ for a term of ten years.

In **Witness Whereof**, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this  29th   day of  April   in the year

of our Lord nineteen hundred  ninety three

Riley C Darnell
Secretary of State

by

SS-4442

RDA 1764



## Department of State

**Whereas**, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37990 0174___

and if a corporation, the state of incorporation is ___NA___ that the Applicant has adopted

as a mark for ___initial representing The University of Tennessee`s campus at Knoxville
and its athletics program.___

in Class __40__ which mark was first used anywhere on ___March 12, 1912___ and was first used

in Tennessee on ___March 12, 1912___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:



**Now Therefore**, the said mark is hereby ___registered_____ effective the

___27th__ day of _____April_____, 19__93____ for a term of ten years.

In Witness Whereof, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this ___29th___ day of ___April___ _____ in the year of our Lord nineteen hundred ___ninety three____

_Riley C Darnell_
Secretary of State

by ___Mary C Costner___

SS-4442

RDA 1764



## Department of State

**Whereas**, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174___

and if a corporation, the state of incorporation is ___NA___ that the Applicant has adopted

as a mark for ___initial representing The University of Tennessee's campus at Knoxville and its athletics program.___

in Class _32_ which mark was first used anywhere on ___March 12, 1912___ and was first used

in Tennessee on ___March 12, 1912___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**Now Therefore**, the said mark is hereby ___registered___ _____ effective the

___27th___ day of _____April_____ , 19__93__ for a term of ten years.

In Witness Whereof, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this 29th day of April in the year of our Lord nineteen hundred ninety three.

_Riley C. Darnell_
Secretary of State

by _Mary & Cofner_

SS-4442

RDA 1764



## Department of State

**Whereas**, it appears from the application of    The University of Tennessee

_____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is   NA _____ that the Applicant has adopted

as a mark for ____initial representing The University of Tennessee`s campus at Knoxville
and its athletics program.
in **Class** 30   which mark was first used anywhere on   March 12, 1912 ____ and was first used

in Tennessee on   March 12, 1912 ___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**Now Therefore**, the said mark is hereby ____registered _____ effective the

___27th __ **day** of _____ April _____, 19 __ 93 _____ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my

signature and the Great Seal of the State, at Nashville.

this 29th    day of    April _____ in the year

of our Lord nineteen hundred _ ninety _three ...

_Riley C. Darnell_
Secretary of State

by _Mary L. Costner_

SS-4442

RDA 1764



## 🔵 Department of State 🔵

**Whereas**, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174___

and if a corporation, the state of incorporation is ___NA___ that the Applicant has adopted

as a mark for ___initial representing The University of Tennessee`s campus at Knoxville and its athletics program.___

in Class __29__ which mark was first used anywhere on ___March 12, 1912___ and was first used

in Tennessee on ___March 12, 1912___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**Now Therefore**, the said mark is hereby ___registered___ effective the

___27th___ day of _____April_____, 19_ 93 for a term of ten years.

In Witness Whereof, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this ___29th___ day of ___April___ ..... in the year of our Lord nineteen hundred ___ninety three___

Riley C. Darnell
Secretary of State

by Mary C. Costner

SS-4442

RDA 1764



## Department of State

**Whereas**, it appears from the application of <u>The University of Tennessee</u>

_____ located and doing business at

<u>711H Andy Holt Tower, Knoxville, Tennessee 37996 0174</u>

and if a corporation, the state of incorporation is <u>NA</u> that the Applicant has adopted

as a mark for <u>Initial representing The University of Tennessee's campus at Knoxville and its athletics program.</u>

in Class <u>28</u> which mark was first used anywhere on <u>March 12, 1912</u> and was first used

in Tennessee on <u>March 12, 1912</u> and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**Now Therefore**, the said mark is hereby __registered_____ effective the

___27th__ day of _____April_____ , 19__93____ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this <u>29th</u> day of <u>April</u> _____ in the year of our Lord nineteen hundred __ninety_three____

_Riley C. Darnell_
Secretary of State

by _Mary C. Costner_

SS-4442

RDA 1764



## Department of State

**Whereas**, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174___

and if a corporation, the state of incorporation is ___NA___ that the Applicant has adopted

as a mark for ___initial representing The University of Tennessee`s campus at Knoxville___
___and its athletics program.___

in Class ___23___ which mark was first used anywhere on ___March 12, 1912___ and was first used

in Tennessee on ___March 12, 1912___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

![Block letter T mark]

**Now Therefore**, the said mark is hereby ___registered___ effective the

___27th___ day of ___April___, 19 ___93___ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this ___29th___ day of ___April___ in the year
of our Lord nineteen hundred ___ninety three___

*Riley C. Darnell*
Secretary of State

by *Mary L. Costner*

SS-4442

RDA 1764



# Department of State

**Whereas**, it appears from the application of _____The University of Tennessee_____

_____ located and doing business at

____711H Andy Holt Tower, Knoxville, Tennessee 37996 0174_____

and if a corporation, the state of incorporation is ___NA_____ that the Applicant has adopted

as a mark for _____Initial representing The University of Tennessee's campus at Knoxville _____
_____and its athletics program._____

in Class _22__ which mark was first used anywhere on __March 12, 1912_____ and was first used

in Tennessee on _March 12, 1912____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**Now Therefore**, the said mark is hereby ____registered_____ effective the

___27th__ day of _____April_____, 19__93_____ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State, at Nashville. this ___29th___ day of _____April_____ in the year of our Lord nineteen hundred ___ninety three_____

*Riley C. Darnell*
Secretary of State

by *Mary L Costner*.

SS-4442

RDA 1764



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996-0174___

and if a corporation, the state of incorporation is ___N/A___ that the Applicant has adopted

as a mark for ___design representing UT Knoxville's men's athletics program___

in Class __39__ which mark was first used anywhere on __April 24, 1995__ and was first used

in Tennessee on __April 24, 1995__ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:



**Now Therefore**, the said mark is hereby ___registered___ effective the

__13th__ day of ___September___ 19 __96__ for a term of ten years.



**In Witness Whereof**, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this __16th__ day of _____September___ in the year
of our Lord nineteen hundred __ninety-six___

_Riley C Darell_
(Secretary of State)

by _Marlene Lawhene_



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

711B Andy Holt Tower, Knoxville, Tennessee 37996-0174

and if a corporation, the state of incorporation is __N/A_____ that the Applicant has adopted

as a mark for ___design representing UT Knoxville's men's athletics program_____

in Class _101_ which mark was first used anywhere on _April 24, 1995_____ and was first used

in Tennessee on _April 24, 1995____ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:



Now Therefore, the said mark is hereby __registered_____ effective the

__13th___ day of ___September_____ , 19 _96_____ for a term of ten years.

In Witness Whereof, I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this 16th___ day of_____September___ in the year
of our Lord nineteen hundred _ninety-six_____

_Riley C. Darnell_
Secretary of State

by _____



RDA 1784

# State of Tennessee



## Department of State

**Whereas**, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174___

and if a corporation, the state of incorporation is ___NA___ that the Applicant has adopted

as a mark for ___Initial representing The University of Tennessee's campus at Knoxville and its athletics program.___

in Class ___39___ which mark was first used anywhere on ___March 12, 1912___ and was first used

in Tennessee on ___March 12, 1912___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**Now Therefore**, the said mark is hereby

___27th___ day of ___April___, 19 ___93___

registered _____ effective the

for a term of ten years.



**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this ___29th___ day of ___April___ in the year of our Lord nineteen hundred ___ninety three___.

Riley C. Darnell
Secretary of State

by ___Mary L. Costn___

SS-4442

RDA 1764



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of ___The University of Tennessee___

_____ located and doing business at

___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174___

and if a corporation, the state of incorporation is ___NA___ that the Applicant has adopted

as a mark for ___initial representing The University of Tennessee`s campus at Knoxville and its athletics program.___

in Class _50_ which mark was first used anywhere on ___March 12, 1912___ and was first used

in Tennessee on ___March 12, 1912___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:



**Now Therefore**, the said mark is hereby

___27th___ day of _____April___ , 19   93

registered _____ effective the

for a term of ten years.

**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State, at Nashville, this __29th__ day of ___April___ in the year of our Lord nineteen hundred   ninety three .

_Riley C. Darnell_
Secretary of State

by _Mary C. Costner_

SS-4442

RDA 1764



# 🏛 Department of State 🏛

**Whereas**, it appears from the application of   The University of Tennessee

_____ located and doing business at

711H Andy Holt Tower, Knoxville, Tennessee 37996 0174

and if a corporation, the state of incorporation is   NA _____ that the Applicant has adopted

as a mark for ___ initial representing The University of Tennessee's campus at Knoxville
and its athletics program.

in Class __3__ which mark was first used anywhere on __March 12, 1912____ and was first used

in Tennessee on _March 12, 1912___ and is now in use in Tennessee, and which use is evidenced

by the reproduction of the mark attached hereto:

**Now Therefore**, the said mark is hereby ___registered_____ effective the

__27th_ day of _____April_____, 19 _93____ for a term of ten years.

**In Witness Whereof**, I have hereto affixed my

signature and the Great Seal of the State, at Nashville,

this 29th   day of   April _____ in the year

of our Lord nineteen hundred   ninety three

_Riley C. Darnell_
Secretary of State

by _Mary & Costner_

SS-4442

RDA 1764



## Department of State

**Whereas,** it appears from the application of ___The University of Tennessee___ _____ located and doing business at ___711H Andy Holt Tower, Knoxville, Tennessee 37996 0174_____ and if a corporation, the state of incorporation is ___NA_____ that the Applicant has adopted as a mark for ___initial representing The University of Tennessee's campus at Knoxville and its athletics program.___ in Class __8__ which mark was first used anywhere on ___March 12, 1912___ and was first used in Tennessee on ___March 12, 1912___ and is now in use in Tennessee, and which use is evidenced by the reproduction of the mark attached hereto:

**Now Therefore,** the said mark is hereby ___registered_____ effective the __27th_ day of _____April_____, 19 _93___ for a term of ten years.

**In Witness Whereof,** I have hereto affixed my signature and the Great Seal of the State, at Nashville, this 29th day of April in the year of our Lord nineteen hundred ninety three.

*Riley C Darnell*

Secretary of State

by *Mary L Costner*

SS-4442

RDA 1764

**EXHIBIT 7**



# State of Tennessee

## Department of State

VP ADMIN & FIN.

**Whereas,** it appears from the application of

The University of Tennessee               located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is     N/A     that the

**Applicant has adopted as a mark for:**

Education and athletics

in Class 25

which mark was first used anywhere on          Tuesday, July 01, 1980          and was first used

in Tennessee on          Tuesday, July 01, 1980          and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:



**Now Therefore** the said mark is hereby          registered          effective the

5th    day of          September          , 20 07    for a term of five years.

**EXHIBIT 8**


# TRADEMARK
### PRINCIPAL REGISTER
### CONCURRENT USE



UNIVERSITY OF TENNESSEE, THE (TENNES-SEE PUBLIC EDUCATIONAL CORPORA-TION)
800 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: KEY CHAINS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 0–0–1961; IN COMMERCE 0–0–1961.

FOR: WATCHES AND BRACELETS, IN CLASS 14 (U.S. CLS. 27 AND 28).
FIRST USE 0–0–1971; IN COMMERCE 0–0–1971.

FOR: WINDOW AND BUMPER STICKERS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 0–0–1972; IN COMMERCE 0–0–1972.

FOR: GENERAL PURPOSE GYM BAGS, AND GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).
FIRST USE 0–0–1962; IN COMMERCE 0–0–1962.

FOR: CERAMIC MUGS, GLASS MUGS, DRINKING GLASSES, GOBLETS, AND INSU-LATING SLEEVE-HOLDERS FOR BEVERAGE CANS, IN CLASS 21 (U.S. CLS. 2, 30 AND 33).
FIRST USE 0–0–1965; IN COMMERCE 0–0–1965.

**EXHIBIT 9**



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Feb 5 04:23:33 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 19 out of 93**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | UT |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: clothing and apparel items, namely, shirts, T-shirts, sweatshirts, jackets, and hats. FIRST USE: 19860426. FIRST USE IN COMMERCE: 19860426 |
| | IC 041. US 100 101 107. G & S: educational and entertainment services, namely, higher educational services in the nature of courses of instruction at the undergraduate and graduate level. FIRST USE: 19860426. FIRST USE IN COMMERCE: 19860426 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.17.11 - Maps of states of the United States, excluding Texas<br>27.01.04 - Letters forming objects; Numbers forming objects; Objects composed of letters or numerals; Punctuation forming objects |
| **Serial Number** | 76673889 |
| **Filing Date** | March 12, 2007 |

**Current Filing Basis** 1A

**Original Filing Basis** 1A

**Owner** (APPLICANT) The **University of Tennessee** PUBLIC EDUCATIONAL CORPORATION **TENNESSEE** 719 Andy Holt Tower Knoxville **TENNESSEE** 37996

**Attorney of Record** Mark S. Graham

**Prior Registrations** 1516208;1599969;1617729;2424730;2445722;AND OTHERS

**Description of Mark** Color is not claimed as a feature of the mark.

**Type of Mark** TRADEMARK. SERVICE MARK

**Register** PRINCIPAL

**Live/Dead Indicator** LIVE



¦ HOME | SITE INDEX| SEARCH ¦ eBUSINESS ¦ HELP | PRIVACY POLICY

**EXHIBIT 10**



# State of Tennessee

## Department of State

**Whereas,** it appears from the application of

The University of Tennessee located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is N/A that the

**Applicant has adopted as a mark for:**

Education and athletics

in Class 25

which mark was first used anywhere on Friday, July 12, 1912 and was first used

in Tennessee on Friday, July 12, 1912 and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:

# UT

**Now Therefore** the said mark is hereby registered effective the

21st day of August , 20 07 for a term of five years.