# EXHIBIT 11

University of Tennessee v. Action Sports Media, Inc et al

Doc. 1 Att. 3

Int. Cls.: 16, 21 and 25

Prior U.S. Cls.: 2, 33, 38 and 39

Reg. No. 1,390,743

**United States Patent and Trademark Office**   Registered Apr. 22, 1986

## TRADEMARK
## PRINCIPAL REGISTER

# VOLUNTEERS

UNIVERSITY OF TENNESSEE, THE (TENNES-
SEE CORPORATION)
800 ANDY HOLT TOWER, THE UNIVERSITY
OF TENNESSEE
KNOXVILLE, TN 37996

FOR: WINDOW STICKERS, IN CLASS 16
(U.S. CL. 38).
FIRST USE 0-0-1936; IN COMMERCE
0-0-1936.
FOR: GLASS MUGS, IN CLASS 21 (U.S. CLS.
2 AND 33).

FIRST USE 0-0-1962; IN COMMERCE
0-0-1962.
FOR: KNIT SHIRTS, IN CLASS 25 (U.S. CL.
39).
FIRST USE 0-0-1936; IN COMMERCE
0-0-1936.
OWNER OF U.S. REG. NO. 1,184,889.

SER. NO. 501,198, FILED 9-26-1984.

HENRY S. ZAK, EXAMINING ATTORNEY

# EXHIBIT 12

Int. Cls.: 16, 18, 20, 21 and 25

Prior U.S. Cls.: 2, 3, 32, 33, 37, 38 and 39

Reg. No. 1,335,456

**United States Patent and Trademark Office**  Registered May 14, 1985

## TRADEMARK
## PRINCIPAL REGISTER

# VOLS

UNIVERSITY OF TENNESSEE; THE (TENNESSEE PUBLIC EDUCATIONAL CORPORATION)
800 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: PENS, WINDOW AND BUMPER STICKERS, FOOTBALL GAME CHARTS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 0-0-1965; IN COMMERCE 0-0-1965.

FOR: GENERAL PURPOSE GYM BAGS , IN CLASS 18 (U.S. CL. 3).
FIRST USE 0-0-1962; IN COMMERCE 0-0-1962.

FOR: STADIUM CHAIRS, IN CLASS 20 (U.S. CL. 32).

FIRST USE 0-0-1962; IN COMMERCE 0-0-1962.

FOR: DRINKING GLASSES, PLASTIC CUPS AND MUGS, SHOT GLASSES, INSULATING SLEEVE-HOLDERS FOR BEVERAGE CANS, IN CLASS 21 (U.S. CLS. 2 AND 33).
FIRST USE 0-0-1965; IN COMMERCE 0-0-1965.

FOR: SWEAT SHIRTS, SWEAT PANTS, SHIRT AND VEST COMBINATION, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0-0-1936; IN COMMERCE 0-0-1936.

SER. NO. 501,197, FILED 9-26-1984.

HENRY S. ZAK, EXAMINING ATTORNEY

**EXHIBIT 13**

Int. Cls.: **6, 9, 14, 16, 20, 21, 25, 28 and 41**

Prior U.S. Cls.: **2, 5, 12, 13, 14, 21, 22, 23, 25, 26, 27, 28, 29, 30, 32, 33, 36, 37, 38, 39, 40, 50, 100, 101 and 107**

**Reg. No. 2,424,730**

## United States Patent and Trademark Office

**Registered Jan. 30, 2001**

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



UNIVERSITY OF TENNESSEE, THE (TENNESSEE PUBLIC EDUCATIONAL CORPORATION)
719 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: METAL KEY CHAINS , IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 4-4-1995; IN COMMERCE 4-4-1995.

FOR: MOUSE PADS AND MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1996; IN COMMERCE 1-1-1996.

FOR: WATCHES AND ORNAMENTAL PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-5-1996; IN COMMERCE 9-5-1996.

FOR: POSTERS, PRINTS, DECALS, STICKERS, PROGRAMS, SPORTING EVENT SCHEDULES, ENVELOPES AND STATIONERY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-9-1994; IN COMMERCE 12-9-1994.

FOR: PLASTIC LICENSE PLATES AND FLAGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 3-9-1998; IN COMMERCE 3-9-1998.

FOR: CUPS, MUGS AND DRINKING GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-11-1997; IN COMMERCE 8-11-1997.

FOR: HATS, T-SHIRTS AND SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1986; IN COMMERCE 9-1-1986.

FOR: BASKETBALLS , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-10-1995; IN COMMERCE 3-10-1995.

FOR: ENTERTAINMENT SERVICES IN THE NA-TURE OF INTERCOLLEGIATE SPORTS EXHIBI-TIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-1-1976; IN COMMERCE 9-1-1976.

SER. NO. 75-758,076, FILED 7-22-1999.

MATTHEW KLINE, EXAMINING ATTORNEY

**EXHIBIT 14**



# State of Tennessee

## Department of State

**Whereas,** it appears from the application of

The University of Tennessee               located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is     N/A     that the

**Applicant has adopted as a mark for:**

Education and athletics

in Class 25

which mark was first used anywhere on          Sunday, May 01, 2005     and was first used

in Tennessee on       Sunday, May 01, 2005     and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:



TENNESSEE
VOLUNTEERS

**Now Therefore** the said mark is hereby          registered          effective the

21st   day of          August       , 20 07   for a term of five years.



# State of Tennessee

## Department of State

**Whereas,** it appears from the application of

The University of Tennessee

located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is     N/A     that the

**Applicant has adopted as a mark for:**

Education and athletics

in Class  25 and 41

which mark was first used anywhere on     Wednesday, September 01, 1976 and was first used

in Tennessee on     Wednesday, September 01, 1976 and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:



"LADY VOLUNTEERS"

**Now Therefore** the said mark is hereby     registered     effective the

21st    day of     August     , 20 07     for a term of five years.



# State of Tennessee

RECEIVED
SEP 1 1 2007
VP ADMIN & FIN.

## Department of State

**Whereas,** it appears from the application of

The University of Tennessee                    located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is    N/A    that the

**Applicant has adopted as a mark for:**

Education and athletics

in Class  25

which mark was first used anywhere on          Tuesday, July 01, 1975     and was first used

in Tennessee on       Tuesday, July 01, 1975      and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:



**Now Therefore** the said mark is hereby            registered              effective the

21st    day of          August         , 20 07    for a term of five years.

# State of Tennessee



## Department of State

**Whereas**, it appears from the application of

The University of Tennessee                    located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is     N/A     that the

**Applicant has adopted as a mark for:**

Education and athletics

in Class 25

which mark was first used anywhere on          Sunday, May 01, 2005     and was first used

in Tennessee on          Sunday, May 01, 2005     and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:

*TENNESSEE*
## VOLS

**Now Therefore** the said mark is hereby          registered          effective the

21st   day of          August          , 20 07   for a term of five years.



# State of Tennessee

## Department of State

RECEIVED

SEP 1 1 2007

VP ADMIN & FIN.

5124.0572

**Whereas,** it appears from the application of

The University of Tennessee located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is  N/A  that the

**Applicant has adopted as a mark for:**

Education and athletics

in Class 25 and 41

which mark was first used anywhere on  Wednesday, September 01, 1976 and was first used

in Tennessee on  Wednesday, September 01, 1976 and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:



**Now Therefore** the said mark is hereby  registered  effective the

21st  day of  August  , 20 07  for a term of five years.



# State of Tennessee

## Department of State

**Whereas,** it appears from the application of

The University of Tennessee                    located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is     N/A      that the

**Applicant has adopted as a mark for:**

Education and athletics

in Class 25

which mark was first used anywhere on          Friday, July 12, 1912        and was first used

in Tennessee on          Friday, July 12, 1912        and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:



**Now Therefore** the said mark is hereby          registered          effective the

21st    day of          August          , 20 07    for a term of five years.

# EXHIBIT 15



# State of Tennessee

## Department of State

**Whereas,** it appears from the application of

The University of Tennessee                    located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is          N/A          that the

**Applicant has adopted as a mark for:**

Education and athletics

in Class 25

which mark was first used anywhere on          Sunday, May 01, 2005          and was first used

in Tennessee on          Sunday, May 01, 2005          and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:



Howling Smokey

**Now Therefore** the said mark is hereby          registered          effective the

21st   day of          August          , 20 07   for a term of five years.



# State of Tennessee

## Department of State

**Whereas,** it appears from the application of

The University of Tennessee                    located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is        N/A        that the

**Applicant has adopted as a mark for:**

Education and athletics

in Class  25

which mark was first used anywhere on            Sunday, May 01, 2005        and was first used

in Tennessee on        Sunday, May 01, 2005        and  is  now in  use in  Tennessee,  and

which use is evidenced by  the  reproduction  of  the  mark attached  hereto:



Smokey Head

**Now Therefore**  the  said  mark  is  hereby            registered            effective the

21st    day of            August            , 20 07    for a term of five years.



# State of Tennessee

## Department of State

**Whereas,** it appears from the application of

The University of Tennessee      located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is    N/A    that the

**Applicant has adopted as a mark for:**

Education and athletics

in Class 25

which mark was first used anywhere on    Sunday, May 01, 2005    and was first used

in Tennessee on    Sunday, May 01, 2005    and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:



YOUTH SMOKEY

**Now Therefore** the said mark is hereby    registered    effective the

21st day of    August    , 20 07    for a term of five years.



# State of Tennessee

## Department of State

**Whereas,** it appears from the application of

The University of Tennessee                          . located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is          N/A          that the

## Applicant has adopted as a mark for:

Education and athletics

in Class  25

which mark was first used anywhere on          Thursday, September 01, 1977   and was first used

in Tennessee on          Thursday, September 01, 1977   and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:



OLD SMOKEY

**Now Therefore** the said mark is hereby          registered          effective the

21st   day of          August          , 20 07   for a term of five years.



# State of Tennessee

## Department of State

**Whereas**, it appears from the application of

The University of Tennessee   located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is   N/A   that the

**Applicant has adopted as a mark for:**

Education and athletics

in Class 25

which mark was first used anywhere on   Sunday, May 01, 2005   and was first used

in Tennessee on   Sunday, May 01, 2005   and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:



**Now Therefore** the said mark is hereby   registered   effective the

21st   day of   August   , 20 07   for a term of five years.

**EXHIBIT 16**

Int. Cls.: 14, 16, 20, 21, 24, 25 and 41

Prior U.S. Cls.: 2, 5, 13, 22, 23, 25, 27, 28, 29, 30, 32, 33, 37, 38, 39, 40, 42, 50, 100, 101 and 107

**Reg. No. 2,616,220**

## United States Patent and Trademark Office
Registered Sep. 10, 2002

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



UNIVERSITY OF TENNESSEE, THE (TENNESSEE PUBLIC EDUCATIONAL CORPORATION)
719 ANDY HOLT TOWER
KNOXVILLE, TN 37996

FOR: WATCHES , IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-21-1995; IN COMMERCE 6-21-1995.

FOR: PRINTS, POSTERS, DECALS, MAGNETS AND STATIONERY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-5-1996; IN COMMERCE 7-5-1996.

FOR: PLASTIC LICENSE PLATES AND FLAGS; NON-METAL KEY CHAINS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 11-24-1993; IN COMMERCE 11-24-1993.

FOR: STAINED GLASS WALLHANGINGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-1-1998; IN COMMERCE 8-1-1998.

FOR: AFGHANS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 8-1-1993; IN COMMERCE 8-1-1993.

FOR: TIES, SHIRTS, SWEATERS, VESTS, AND BANDANAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-1-1993; IN COMMERCE 8-1-1993.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF INTERCOLLEGIATE SPORTS EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1964; IN COMMERCE 0-0-1964.

THE DRAWING IS LINED FOR THE COLOR ORANGE.

SER. NO. 75-758,771, FILED 7-23-1999.

MATTHEW KLINE, EXAMINING ATTORNEY

**EXHIBIT 17**



RECEIVED

SEP 1 1 2007

VP ADMIN & FIN.

## State of Tennessee

### Department of State

Whereas, it appears from the application of

The University of Tennessee located and doing business at:

Trademark Licensing, 1551 Lake Loudon Boulevard, M020 Knoxville, TN 37996

and if a corporation or partnership, the state of organization is  N/A  that the

Applicant has adopted as a mark for:

Education and athletics

in Class 25

which mark was first used anywhere on  Tuesday, January 01, 1963  and was first used

in Tennessee on  Tuesday, January 01, 1963  and is now in use in Tennessee, and

which use is evidenced by the reproduction of the mark attached hereto:

# BIG ORANGE

Now Therefore the said mark is hereby  registered  effective the

21st  day of  August  , 20 07  for a term of five years.

**EXHIBIT 19**

.

# TRADEMARK AGREEMENT

WHEREAS, The University of Tennessee is a public education corporation of the State of Tennessee, whose address is 800 Andy Holt Tower, The University of Tennessee, Knoxville, Tennessee 37996 (hereafter "UT");

WHEREAS, The Big Orange Army, Inc. is a corporation organized under the laws of the State of Tennessee and has its principal place of business at 641 Barbrow Lane, Knoxville, TN 37932 309 Ellis Avenue, Maryville, TN 37801 ("the Army");

WHEREAS, the Army filed in the U.S. Patent & Trademark Office, on October 17, 2002, to register THE BIG ORANGE ARMY and such trademark registered on November 2, 2004 under U.S. Registration No. 2,899,370 and the Army has also registered the following four marks with the Tennessee Secretary of State (copies of these registrations are attached hereto as Exhibits B, C, D, and E): The Big Orange Army, The Little Orange Army, Vol Army, and The Orange Army (all of the trademarks shall be referred to collectively herein as the "Trademarks" and all of the registrations shall be referred to collectively herein as the "Registrations");

WHEREAS, the Army is the sole owner of all rights in the Trademarks and the Registrations;

WHEREAS, The University of Tennessee owns a trademark and registration for BIG ORANGE COUNTRY, registered on May 7, 1985 under U.S. Registration No. 1,333,972;

WHEREAS, UT and the Army have had extensive correspondence regarding the Army's activities in the Knoxville area that relate to The University of Tennessee; and

WHEREAS, the parties now wish to enter into an agreement to settle and compromise the disagreements between them;

NOW, THEREFORE, in consideration of the reciprocal promises and undertakings set out below, the parties agree as follows:

1. The Army, or any other person or entity who may lawfully act on behalf of the Army, shall execute an assignment of the Trademarks and Registrations to UT, which assignment shall be in the form of a written instrument substantially in the form attached hereto at Exhibit A.

2. From the date of this Agreement to the execution and delivery of the instrument of assignment, trademark counsel for the Army shall promptly mail to The University of Tennessee a copy of each document and instrument filed in and received from the Patent & Trademark Office or the Tennessee Secretary of State's office for any purpose in connection with the Registrations.

M VWJ 894619 v3
2832127-000002 09/30/05

## TRADEMARK AGREEMENT

3. In return for the Army's assignment of the Trademarks and Registrations to UT, UT will grant the Army a perpetual, sole and exclusive license, with the right to grant sublicenses, to use the Trademarks for so long as the Army complies with the royalty terms and quality control terms of UT's standard trademark license agreement by entering into the standard license agreement with CLC. In addition, UT will grant the Army a non-exclusive license to use all of the trademarks in UT's trademark portfolio administered by the Collegiate Licensing Company ("CLC"). Such licenses will be administered by the CLC through the program set up by that certain Agreement executed by the CLC on_____ and by UT on $\frac{1}{5}\left|0^6\right.$ .

4. UT agrees that neither the CLC nor UT will use the Trademarks or grant licenses to any third parties for such use.

5. UT agrees that it will take all actions necessary to keep the Registrations for the Trademarks in force, provided that;

a. The royalties received by UT from the Army are sufficient to cover the costs, including attorney fees, of renewal under sections 8 and 9 of the Trademark Act; and

b. The appearance and use of the Trademarks is substantially as currently registered so that they may lawfully be renewed under sections 8 and 9 of the Trademark Act or under the Tennessee Trademark Act.

c. If the Trademarks can not be renewed for lack of use or because of a change in the mark, UT will have no further obligations under clause 5 for each particular Trademark that cannot be renewed.

IN WITNESS WHEREOF, the parties have executed this Agreement on the dates as shown.

| THE BIG ORANGE ARMY, INC. | THE UNIVERSITY OF TENNESSEE |
|---|---|
| By: David Jamison | By: |
| Title: President | Title: Charles M. Peccolo<br>Vice Pres. & Treasurer<br><br>JAN - 5 2006 |

M VWJ 894619 v3
2832127-000002 09/60/05

# TRADEMARK AGREEMENT

## EXHIBIT A

## TRADEMARK ASSIGNMENT

### ASSIGNMENT OF TRADEMARK

Whereas, The Big Orange Army, Inc., a Tennessee corporation having a principal place of business at 309 Ellis Avenue, Maryville, Tennessee 37801, is the owner of the following trademark registered in the United States Patent and Trademark Office:

| Trademark | Registration No. | Registration Date |
|---|---|---|
| THE BIG ORANGE ARMY | 2,899,370 | 11/02/2004 |

Whereas, The University of Tennessee, a public education corporation of the State of Tennessee with an address of 800 Andy Holt Tower, The University of Tennessee, Knoxville, Tennessee 37996, is desirous of acquiring said trademark, the goodwill of the business associated therewith and the registration therefore.

Now, Therefore, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, The Big Orange Army, Inc. hereby assigns to The University of Tennessee, all of its right, title and interest in and to said trademark, together with the goodwill of the business symbolized by said trademark and the above-identified registration therefor.

Date: ___9-30-05___

THE BIG ORANGE ARMY, INC.

By: _____
    David Jamison

Title: _____
    President

M VWJ 894619 v3
2832127-000002 09/30/05



**State of Tennessee**

**Department of State**

Whereas. it appears from the application of

The Big Orange Army, Inc.                                    located and doing business at:

305 Ellis Avenue Maryville, TN 37801

and if a corporation or partnership, the state of organization is        Tennessee    that the

Applicant has adopted as a mark for:

Manufacturer of promotional items

in Class  42

which mark was first used anywhere on        Tuesday, July 30, 2002        and was first used

in Tennessee on        Tuesday, July 30, 2002        and is now in use in Tennessee, and which use is evidence

by the reproduction of the mark attached hereto:



The Big Orange Army™

Now Therefore,  the said mark is hereby                    registered                effective the

10th    day of        December        , 20 02    for a term of five years.

In Witness Whereof,    I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this    11th    day of        December        in the year
of our Lord two thousand    two

Riley C. Darnell

Secretary of State

by  Darlene Lauderis



# State of Tennessee

## Department of State

Whereas, it appears from the application of

The Big Orange Army, Inc. South J. Jamison      located and doing business at:

2241 Quail Hollow Road Knoxville, TN 37923

and if a corporation or partnership, the state of organization is     Tennessee    that the

Applicant has adopted as a mark for:

Apparel merchandise retail

in Class   42

which mark was first used anywhere on     Tuesday, October 15, 2002    and was first used

in Tennessee on    Tuesday, October 15, 2002     and is now in use in Tennessee, and which use is evidence

by the reproduction of the mark attached hereto:



Now Therefore, the said mark is hereby     registered     effective the

24th   day of    September    . 20 04   for a term of five years.



In Witness Whereof,    I have hereto affixed my signature and the Grant Seal of the State, at Nashville, this    27th    day of    September    in the year of our Lord two thousand    four

Riley C Darnell

Secretary of State

by



# State of Tennessee

## Department of State

I, Riley C. Darnell, Secretary of State of the State of Tennessee, do hereby certify that the Trademark registration for:

**VOL ARMY**

is owned by          The Big Orange Army, Inc.

309 Ellis Avenue, Maryville, TN 37801

registered in this office on          Tuesday, December 10, 2002

Trademark document locator number is          4672 0078          and that such

registration is in effect through          Monday, December 10, 2007

In Witness Whereof,          I have hereto affixed my signature and the Great Seal of the State, at Nashville, this          11th          day of          April          in the year of our Lord two thousand          five

*Riley C. Darnell*
Secretary of State

by          *Anne Hackney*





# State of Tennessee

## Department of State

**Whereas,** it appears from the application of

David F. Jantson (The Big Orange Army, Inc.)　　　　located and doing business at:

2241 Quail Hallow Road Knoxville, TN 37923

and if a corporation or partnership, the state of organization is　Tennessee　that the

Applicant has adopted as a mark for:

Apparel merchandise, retail apparel

In Class　42

which mark was first used anywhere on　Tuesday, October 15, 2002　and was first used

in Tennessee on　Tuesday, October 15, 2002　and is now in use in Tennessee, and which use is evidence

by the reproduction of the mark attached hereto:



Now Therefore, the said mark is hereby　　　registered　　　effective the

5th　day of　October　, 20 04　for a term of five years.

In Witness Whereof,　I have hereto affixed my
signature and the Great Seal of the State, at Nashville,
this　5th　day of　October　in the year
of our Lord two thousand　four

Riley C. Darnell
**Secretary of State**

by Darlene Faulkner



**EXHIBIT 20**



**United States Patent and Trademark Office**



Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > <u>Trademark Query</u>

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 78175738          **Filing Dt:** 10/17/2002          **Reg #:** 2899370          **Reg. Dt:** 11/02/2004

**Registrant:** Big Orange Army, The

**Mark:** THE BIG ORANGE ARMY

**Assignment: 1**

**Reel/Frame:** 3641/0835          **Received:** 10/17/2007          **Recorded:** 10/10/2007          **Pages:** 2

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** BIG ORANGE ARMY, INC., THE

        **Exec Dt:** 09/30/2005
        **Entity Type:** CORPORATION
        **Citizenship:** TENNESSEE

**Assignee:** TENNESSEE, THE UNIVERSITY OF
        800 ANDY HOLT TOWER
        KNOXVILLE, TENNESSEE 37996

        **Entity Type:** PUBLIC EDUCATION CORPORATION
        **Citizenship:** NONE

**Correspondent:** SYLVIA S. DAVIS
        THE UNIVERSITY OF TENN.
        809 ANDY HOLT TOWER
        KNOXVILLE, TENNESSEE 37996-0180

Search Results as of: 02/05/2008 11:35 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT