**EXHIBIT 21**

University of Tennessee v. Action Sports Media, Inc et al

Doc. 1 Att. 4

## NUNC PRO TUNC
## TRADEMARK ASSIGNMENT

Whereas, The Big Orange Army, Inc., a Tennessee corporation having a principal place of business at 309 Ellis Avenue, Maryville, Tennessee 37801, is the owner of the following trademarks registered in the State of Tennessee:

| Trademark | Goods/Services | Reg. Date |
|---|---|---|
| THE BIG ORANGE ARMY | Manufacturer of promotional items | 12/10/2002 |
| THE LITTLE ORANGE ARMY | Apparel merchandise retail | 9/24/2004 |
| VOL ARMY | Manufacturer of promotional items | 12/10/2002 |
| THE ORANGE ARMY | Apparel merchandise, retail apparel | 10/5/2004 |

Whereas, the University of Tennessee, a public education corporation of the State of Tennessee with an address of 800 Andy Holt Tower, The University of Tennessee, Knoxville, Tennessee 37996, is desirous of acquiring said trademarks, the goodwill of the business associated therewith and the registration therefore;

Now, therefore, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, The Big Orange Army, Inc., hereby assigns to the University of Tennessee, all of its right, title and interest in and to said trademarks, together with the goodwill of the business symbolized by said trademarks and the above-identified registrations therefor. This Assignment is entered into *nunc pro tunc* as of January 5, 2006.

Date: _10-19-07_

THE BIG ORANGE ARMY, INC.

Name: David Jamison
Title: President

**EXHIBIT 22**





Forums          Contact


My Cart   Log In
Register

Search: [                    ]  

## Join the Big Orange Army today with our Enlistment packages!



**Welcome to our new store! Check out our new gear!**



Basic Recruiter Pack

Fort Neyland Tee

Recruiter Pack PLUS!

### Your Favorites

Men's Apparel
Men's Apparel
New Gear
Kid's Apparel
Enlistment Packages

Men's Apparel

Women's Apparel

Kid's Apparel

Enlistment Packages

New Gear

On Sale!

Head Wear

  

## FEATURED DESIGNS























**EVENTS**

EVENT PHOTO GALLERY

## 2007-08 Tennessee Basketball Schedule

| Date | Day | Opponent | Site | Television | Time |
|------|-----|----------|------|------------|------|
| Nov. 2 | Fri. | California (PA) (exhibition) | Knoxville | | 7:30 p.m. |
| Nov. 5 | Mon. | Lincoln Memorial (exhibition) | Knoxville | | 7:30 p.m. |
| Nov. 9 | Fri. | Temple | Knoxville | FSN/SUN | 7:30 p.m. |
| Nov. 14 | Wed. | 1-Arkansas-Monticello | Knoxville | | 7:30 p.m. |
| Nov. 16 | Fri. | 1-Prairie View A&M | Knoxville | | 7:30 p.m. |
| Nov. 20 | Tue. | Middle Tennessee | Knoxville | SS | 7:30 p.m. |
| Nov. 23 | Fri. | 2-West Virginia | Newark, N.J. | Vs. | 9:00 p.m. |
| Nov. 24 | Sat. | 2-Texas or New Mexico State | Newark, N.J. | Vs. | 4:30/7:00 p.m. |
| Nov. 27 | Tue. | North Carolina A&T | Knoxville | SS | 7:30 p.m. |
| Nov. 30 | Fri. | Louisiana-Lafayette | Knoxville | SS | 7:30 p.m. |
| Dec. 4 | Tue. | at UT-Chattanooga | Chattanooga, Tenn. | ESPNU | 7:00 p.m. |
| Dec. 15 | Sat. | 3-Western Kentucky | Nashville, Tenn. | ESPNU | 9:30 p.m. |
| Dec. 19 | Wed. | UNC Asheville | Knoxville | SS | 7:30 p.m. |
| Dec. 22 | Sat. | at Xavier | Cincinnati, Ohio | ESPN | 2:00 p.m. |
| Dec. 29 | Sat. | 4-Gonzaga | Seattle, Wash. | ESPN2 | 4:00 p.m. |
| Jan. 9 | Wed. | Ole Miss* | Knoxville | LFS | 8:00 p.m. |
| Jan. 12 | Sat. | t South Carolina* | Columbia, S.C. | FSN/SUN | 8:00 p.m. |
| Jan. 17 | Thur. | Vanderbilt* | Knoxville | ESPN/ESPN2 | 7:00 p.m. |
| Jan. 19 | Sat. | Ohio State | Knoxville | CBS | 3:30 p.m. |
| Jan. 22 | Tue. | at Kentucky* | Lexington, Ky. | ESPN | 9:00 p.m. |
| Jan. 26 | Sat. | Georgia* | Knoxville | FSN/SUN | 7:00 p.m. |
| Jan. 29 | Tue. | at Alabama* | Tuscaloosa, Ala. | ESPN | 9:00 p.m. |
| Feb. 2 | Sat. | at Mississippi State* | Starkville, Miss. | FSN/SUN | 7:00 p.m. |
| Feb. 6 | Tue. | Florida* | Knoxville | ESPN | 9:00 p.m. |
| Feb. 9 | Sat. | at LSU* | Baton Rouge, La. | LFS | 3:00 p.m. |
| Feb. 13 | Wed. | Arkansas* | Knoxville | LFS | 8:00 p.m. |
| Feb. 16 | Sat. | at Georgia*` | Athens, Ga. | LFS | 3:00 p.m. |
| Feb. 20 | Wed. | Auburn | Knoxville | | 7:30 p.m. |
| Feb. 23 | Sat. | at Memphis | Memphis, Tenn. | ESPN | 9:00 p.m. |
| Feb. 26 | Tue. | at Vanderbilt* | Nashville, Tenn. | ESPN | 9:00 p.m. |
| March 2 | Sun. | Kentucky* | Knoxville | CBS | Noon |
| March 5 | Wed. | at Florida* | Gainesville, Fla. | LFS | 9:00 p.m. |
| March 9 | Sun. | South Carolina* | Knoxville | LFS | 2:00 p.m. |
| March 13-16 | | SEC Tournament | Atlanta, Ga. | LF & CBS | TBD |

March 18    NCAA Opening Round Game (Dayton, Ohio)
March 20 & 22    NCAA First & Second Rounds (Anaheim, Calif. / Denver, Colo.  Omaha, Neb.  Washington, D.C.)
March 21 & 23    NCAA First & Second Rounds (Birmingham, Ala.  Little Rock, Ark. / Raleigh, N.C.  Tampa, Fla.)
March 27 & 29    NCAA Regionals (Charlotte, N.C. / Phoenix, Az.)
March 28 & 30    NCAA Regionals (Detroit, Mich.  Houston, Texas)
April 5 & 7    NCAA Final Four (San Antonio, Texas)

**EXHIBIT 23**



# MEMBERSHIP & BENEFITS



WWW.BIGORANGEARMY.COM

**OFFICIAL MEMBER REWARDS**

## EVERY ENLISTMENT COMES WITH THESE EXCLUSIVE FEATURES...

- Official Issue Dog Tags with I.D. number.
- 11x17 Certificate of Membership with Embossed Seal (suitable for framing)
- Access to B.O.A. Promotional Events
- An official Welcome Letter from the General,
- Official member decal
- Your marching orders
- A BOA division map
- Member Discounts from our Rewards Partners
- Discounts on certain B.O.A. merchandise
- Registration in BOA giveaways and contests
- Unity, pride and honor alongside other B.O.A. members.



The BOA's ever-growing ranks include thousands of members across the state of Tennessee. Even celebrity Vol fans have enlisted, including: Dolly Parton, Mike Ragsdale, Hawaiian Tropic founder, Ron Rice, UT football coach Phil Fulmer, state senator Tim Burchett and rock star Kid Rock.

Upon enlistment, fans receive a BOA certificate signed by General Jamison and John Black, Colonel of Special Operations, and a set of dog tags with their own individual enlistment number. After becoming a part of the BOA, members are entitled to numerous benefits around Tennessee and online. Discounts from sponsors, such as Fuddruckers, discounts on Big Orange Army clothing lines, admittance into all Big Orange Army rallies and events. Once a member, you will serve as a member for life.

When a fan enlists, he or she will be placed into a Corps (state) and a Division (region). These have been broken down by state and region based on county. For Example if you enlisted from Knox County, you would be in the First Division (East Tennessee).





BIG ORANGE ARMY MEMBERS RECEIVE A



TAKE THE
JOURNEY
WITH US

STAINLESS
STEEL
THE OTHER
WHITE METAL

DESIGNS BY
MORELLATO



**FOUNTAIN CITY JEWELERS**

MARK FNIX, OWNER 686-0502

w w w . i j o d i a m o n d s . c o m

IJO



15% OFF ALL BIG ORANGE THEATER FURNISHINGS TILL JAN. 2008*

# The Ultimate Entertainment Gear for the Ultimate Vol Fan

Bring the game to life in the comfort of your own media room with our specifically-designed systems, tailored to perfectly fit your orange-blooded lifestyle.

THX
CERTIFIED HOME THEATER
TECHNICIAN I

Fine Electronics and Home Theater
Home Theater I Media Rooms I System Integration

At the Orangery 865.212.9860
Studio open by appointment

*Other obligations to you are available. Discount only valid with current BOA membership. This offer / discount is not for the general public. BOA members only.

THE ENTERTAINMENT GROUP



**Tomorrow's Technology Today**







## REWARD PARTNERS

The staff of the Big Orange Army is always looking for new and exciting Rewards partners to share with our soldiers. Below you will find a complete list (and growing) of our current partners. **To activate these benefits, simply display your members rewards card at the time of purchase!**

If you are interested in becoming a rewards partner, **contact our marketing department** for details.





Receive 10% off Banners, Signs, and Logo Designs

**About Signs & Graphics**

8865 Kingston Pike
Knoxville, TN 37922

865 531 3901

## OFFICIAL SCUBA PARTNER



Members receive 20% off all in store purchases (excludes classes, instructional materials, and labor). Members also receive a free Discover Scuba class.

**Official Dive Shop of the Big Orange Army**

8025 Kingston Pike
Knoxville, TN 37919
865.690.3483



Receive 10% off the first Day or Night airplane banner advertising flight. Also receive 10% off of the purchase of a Custom Aerial Flying Billboard.
UT Basketball and Interstate Rush Hour flights are available.

**Aero Advertising Inc.**

P.O. Box 392
Powell, TN 37849

p. 865 679 1199

BOA EXCLUSIVE PARTNER



The Official Financial Institution of the Big Orange Army

Visit Our Website for Branch Locations

1-800-467-5427
865-544-5400

By showing your Dog Tags BOA members will have their first $5 deposit made into their Savings Account when opening a new account on Thursdays.



American Radio - Mobile Electronics

8105 Kingston Pike
Knoxville, TN 37919

865-693-8181

Receive 10% off Retail Cost of Total Bill or Invoice

BOA EXCLUSIVE PARTNER



Bojangles'
The Official Chicken of the BOA

505 Lovell Rd
Knoxville, TN 37932

865-675-2201

Show us your BOA Tags or Rewards Card and receive: 1 Free Cajun Filet Biscuit with the Purchase of 1 Cajun Filet Biscuit Combo! (Limit one per customer)

GREAT FOR TAILGATING!! On Volunteer Football gamedays we'll be selling 10 pcs. of Chicken for $10 (tax included)!

BOA EXCLUSIVE PARTNER



### G & K Services

10215 Upper Ridge Way

865-966-9550

Preferred 2 level discount on any new customer agreement approved for uniform rental program and/or facility service rental. G&K Sales Associate will provide pricing and details.

15% discount on direct sale merchandise and free art work/embroidery set up for any purchase of 25 pieces or more. This includes all garments, hats and promotional merchandise.



### Applebee's

6928 Kingston Pike
Knoxville, TN 37919

865-588-0766

Receive Half-Priced Appetizers 3pm-7pm and 10pm-Close Sunday through Thursday!! (excludes sampler, riblet basket and coconut shrimp)



### Baileys Sports Grille

250 Seven Oaks Drive,
Knoxville, TN 37922

Members receive $2 off appetizers Monday-Thursday



### Concord Marina

10903 North Shore Dr
Knoxville, TN 37922

865-256-0553

Members receive 5% off gas purchases only. Must present Rewards card!



### Blue Chips Sports Pub & Grill

7815 Montvue Center Way
Knoxville, TN 37919

865-690-1763

Receive Happy Hour! prices from 3pm-9pm


www.broadwaysound.net

**Broadway Sound**

2830 N Broadway
Knoxville TN 37917

p. 865.637.1644

Receive **10%** off the lowest ticketed price on all merchandise!



**Budget Inns of America (Knoxville)**

323 Cedar Bluff Rd
Knoxville, TN 37923

865.934.1182

**10%** Discount on all sleeping room units
FREE Appetizer with purchase of any entree with coupon from Harry's Restaurant
Call for Promo Packages for special events



**Buffalo Wild Wings**

Cumberland Location Only
1912 Cumberland Ave
Knoxville, TN 37916

865.523.9464

Receive **10%** off your order



**Charlie Peppers**

Campus Location Only
716 Twentieth Street
Knoxville, TN 37916

865.789.7782

Receive **10%** off food and non-alcoholic beverages



**Clarion Inn Gatlinburg**

1100 Parkway Dr
Gatlinburg, TN 37738
1-800-933-0777
(865)-436-5656

Receive 10% off your next reservation at Gatlinburg's finest hotel!



**Crown Cleaners**

9411 Northshore Drive
Knoxville, TN 37922
865.539.6040

6900 Kingston Pike
Knoxville, TN 37919
865.584.7464

1043 N. Cedar Bluff Road
Knoxville, TN 37923
865.670.1127

Members receive 20% off dry cleaning



DJ2GO w/ HOT 104.5's Joey Tack
plus other radio DJs with REAL entertainment experience.

865.805.5634

Members receive 15% discount on remaining 2006/2007 dates, subject to availability.
Includes Free prizes and giveaways at each event! (restrictions apply)



**East Tennessee Paintball**

10049 Hwy. 11
Lenoir City, TN 37772
865.988.8827

144 Dickey Valley Rd
Harriman, TN 37748
865.882.6181

Members receive 10% off all sales at store or field

### Entertainment Group / eGroup



**Entertainment Group / eGroup**

5412 Kingston Pike, Ste 3
Knoxville, TN 37919

p. 865.212.9360
f. 865.212.9867

**Members recevie 15% off Big Orange Theatre Furnishings.** Other teams also available. Does not include sale items. Program valid only with BOA membership.



**Envirotexx Turf and Landscape Care**

3511 Central Park Blvd., Louisville, TN 3777

p. 865.983.7022

**Members receive FREE lime treatment with Turfcare Program**



Evergreen Lawn & Landscape

6109 Creakhead Drive
Knoxville, TN 37909

865.694.9919

**Members Receive 10% Off Landscaping & Mowing**



**Express Photo Center**

7240 Kingston Pike
Suite 120
Knoxville, TN 37909

p. 865.588.8070
f. 865.602.7961

**Receive five free 4x6 prints with purchase of five prints and 10% off the rest of our services**



ET Graphics

641 Barbow Lane
Knoxville, TN 37932

865.671.3100

**Receive 10% off your purchase**



All Knoxville Area Locations.

**Free drink with sub purchase. Free gallon of tea with any platter purchase.**



Fountain City Jewelers

4914 Broadway
Knoxville, TN 37918

865-686-0502

**Free watch battery with rewards cards or dog-tags** (drop off only) **& 20% off any in store purchase** (up to 1000.00 off) excludes custom work, repair work, and special orders



**FrameWorks**

All Chattanooga and Knoxville Locations

865-693-3007

**BOA members recieve special $39.00 BOA frame or 30% off any custom framing! & 20% off on all UT framed prints and posters. All Knoxville and Chattanoga locations.**



Howard Johnson Plaza (Knoxville)

7621 Kingston Pike
Knoxville, TN 37919

865-934-1162

**10% Discount on all sleeping room units**
**FREE Appetizer with purchase of any entree with coupon from Harry's Restaurant**
**Call for Promo Packages for special events**



**Rays**

7355 Kingston Pike
Knoxville, TN 37919

865-766-0464

**Receive 20% off during (11-4) lunch & 15% off during dinner (4-10) Kingston Alley**



**LNS Motorsports**

227 Sherway Road
Knoxville, TN 37922

p.865.769.9040
f.865.769.9041

Receive 15% off ALL LABOR! Value not to exceed $500



**Oscars Fine Italian Cuisine**

6907 Kingston Pike
Knoxville, TN 37919
865.584.4900

1840 cumberland Ave
Knoxville, TN 37916
865.546.FOOD

Members receive 10% off



**PetSafe Village**

10424 Electric Ave
Knoxville, TN 37932

865.777.3647

15% discount on all services to BOA members. Special promotional discounts on products also.



**PhotographFee**

Kingston Pike,
Knoxville, TN 37919

865.621.3596

Members receive 15% off all services



**Photography by Sabrina**

Knoxville, TN
p. 865.531.7638

Members receive $50 off wedding package. 10% off reprints




**Pisano's Pizza**

1200 Kenesaw Ave.
Knoxville, TN 37932
(In the Heart of Sequoia Hills)

**15% off Carryout Only**

**Performance Detail**

1-865-406-8628



**20% Off All Services!**



**Me & More
Moses Electronics**

2545 Silverstone Lane
Knoxville, TN 37932

p. 865.690.2470
f. 865.692.0489
meandmore@comcast.net

**Rain Soft Water Treatment Systems**

865.591.3445



**Members receive 10% off goods services (up to $500)**

**Roosters**

7585 S. Northshore Dr.
Knoxville, TN 37919

(865) 691-2928

**1/2 Price Apps**



**S.E. Kagel Plumbing LLC**

1528 Hull Lane
Knoxville, TN 37923

865-670-3738

Members get 20% Discount, Free Estimates and Weekend Services



**Spicy's (north)**

950 W Emory Rd
Powell, TN 37849

865-947-6002

Members buy 10 wings, receive 10 free!



**Sweethearts Limousine**

PO BOX 1121
Kodak, TN 37764

865-397-LIMO (5466)

Members members receive our Premier Service at 10% off Standard Rates, Corporate Sponsors Receive 15% off Standard Rates. Home and Away game Packages are coming for the 2006 Football Season, Availability is Limited! Also ask about our new Ultimate Night on the Town SUV Package.



**Tennessee Ice Vols Hockey**

Members Receive a discounted \$2.00 Admission to the Ice Vols Hockey games



**Terri Sykes, Realtor®**

2160 Lakeside Center #250
Knoxville, TN 37922
p 865-540-7570
c 865-660-5767

**Receive $250.00 Gift Certificate with Sell or Purchase of Real Estate**



International Business to Business Bartering Company

**Tradebank**

130 Mabry Hood Road
Knoxville, TN 37922

865-531-1822

**Members receive a $450 discount through Trade University**



**Z-Mex Grille**

1019 N. Cedar Bluff
Knoxville, TN 37923
865-769-1377

1722 West Broadway
Maryville, TN 37801
865-981-9404

**Receive 20% off your purchase!**



**Receive Half Off Appetizers!**

**Wild Wings Cafe**

11335 Campbell Lakes Dr.
Farragut, TN 37934
(865) 777-WING (9464)



**Receive 5% Off All Internal Repairs!**

**Transmission World**

113 Walker Springs Rd
Knoxville, TN 37923

1-877-307-9797
(865) 670-9797

**Check back weekly for new Rewards Partners!**

ACTION SPORTS MEDIA

*WE BRING THE BEST BRANDS TO THE BEST FANS™*